VICTOR SCHADENBURG et al., Respondents, v. SPECTOR MOTOR SERVICE, INC., Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LIBERTY MUTUAL INSURANCE COMPANY, Respondent, v. GENERAL TIME INSTRUMENTS CORPORATION, Appellant.- No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JOHN B. CLARK, Appellant, v. PHILIP E. NANNERY et al., Respondents.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Untermyer, J., dissent and vote to reverse and grant a new trial.

HENRY HORNSTEIN et al., Appellants, v. PARAMOUNT PICTURES, INC., et al., Respondents, et al., Defendants.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

CHARLES WHITESTONE et al., Appellants, v. FORSYTHE EQUIPMENT CO., INC., Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

CHARLES S. SCHOLEN, as Administrator of the Estate of FREDERICK B. AEBLY, Deceased, Respondent, v. GUARANTY TRUST COMPANY OF NEW YORK, Appellant. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse and grant the motion.

MOSES G. GOLDEN, Appellant, v. LYERLY FULL FASHIONED MILLS, INC., Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JACOB SILVERMAN, Appellant, v. ROSIE SCHWICK, Respondent.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JAYNE O. COX, Suing on Behalf of Herself and Stockholders of the KNICKERBOCKER ELECTROTYPE COMPANY, Similarly Situated, Appellant, v. AUGUSTUS DAVIS et al., Respondents.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Widening of Southern Boulevard, in the Borough of The Bronx. HIRSCHHORN REALTY CORPORATION et al., Appellants.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HELEN V. PERRY, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ANTHONY CORPOLONGO et al., Respondents, v. TRAILWAYS OF NEW ENGLAND, INC., et al., Appellants.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.